**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CURTIS HURST,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-6640** |
| | : | |
| **REGINALD BROWNE,** | : | |
| ***et al.*****,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 10th of November 2026, upon consideration of Plaintiff Curtis Hurst's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Hurst's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. Any state law claims and all claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

   b. All remaining claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*[signature]*

**JOHN F. MURPHY, J.**